2 pages
LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
David M. Brady, Esq. - CA Bar No. 70246
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding CA 96099
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for John W. Reger, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  Case No. 10-46754-D-7

MICHAEL ALAN CLEARY  DCN: DMB-2

Date: June 15, 2011
Time: 10:00 AM
Judge: Hon. Robert S. Bardwil
Debtor  Dept.: D, Ctrm 34, 6th Floor
501 I St., Sacramento, CA

_____/

MOTION FOR ORDER TO APPROVE SALE OF REAL PROPERTY

John W. Reger, Trustee in this case, moves this Court for an order authorizing him to sell the debtors' one-half (½) joint tenancy interest in two (2) lots (one consisting of 1.4 acres and the other consisting of 1.6 acres) of an unimproved real estate in the City of Red Bluff, Tehama County, California, designated as lots 83 and 84 on Stallion Drive in Oak Knoll Country Estates in Red Bluff and as more particularly described as lots APN 022-050-19-1 and 022-050-20-1 located in Oak Knoll Estates in Red Bluff, Tehama County, California . Title by the debtor is held in the names of Michael Cleary and Florence Cleary as joint tenants. The Real Property Purchase Agreement is listed as **Exhibit A**.

The sale price is $10,000.00, subject to overbids at the time of the hearing. The trustee requests that the overbids be in increments of not less than $1,000. The sale is to be in accordance with the terms of the agreement, except for any increased price from bidding.

1

The potential buyer/purchaser of the property is Florence Cleary, who has made an offer of $10,000.00, with a deposit of $2,000.00 into an escrow account as earnest money. If the buyer does not proceed with the sale the $2,000.00 deposit will remain with the estate unless the lots are sold by overbid in which case all monies will be returned to Florence Cleary.

The trustee believes that the purchase price is a reasonable fair market value for the property.

Other potential purchasers may wish to bid more for the property at the time of the hearing, but Ms. Cleary is the only one to make a firm offer as of the date of this motion. Ms. Cleary, of course, will also have the opportunity to bid at that time if there are additional bidders. Anyone desiring to bid must notify the trustee or his attorney in writing and give the trustee a deposit of $1,000 at least five days before the hearing of this motion. The deposit will be refunded at the request of a bidder who is not approved as the purchaser at the hearing, although any bidder who wishes to be approved as a "back-up" purchaser will need to allow the trustee to retain the deposit until the sale closes. All bids must be for cash, and the winning bidder must be prepared to consummate the sale within 20 days after the order approving the sale is entered. The money so deposited will be refunded if the sale is not consummated through no fault of the successful top bidder. The trustee reserves the right to cancel the sale as to the top bidder and proceed with a sale to the next highest bidder who was conditionally approved by the court if the sale to the top bidder cannot be consummated within that 20 days.

John Reger, Chapter 7 trustee, therefore requests that the court approve the sale of the real property to Florence Cleary, or if there are other qualified bidders, then to the highest qualified bidder, subject to the conditional acceptance of bids below the highest offer so that a sale can be completed without further order of this court if the approved sale to the highest bidder is not consummated within a reasonable time.

Dated:

_David M. Brady, Attorney for John W. Reger, Trustee_

2